# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1917

_____

Joseph Mays,                                        *
                                                    *
            Appellant,                              *
                                                    *    Appeal from the United States
      v.                                            *    District Court for the
                                                    *    Eastern District of Missouri.
Commissioner of Internal Revenue,                   *
                                                    *        **[UNPUBLISHED]**
            Appellee.                               *

_____

Submitted:  May 7, 1999
    Filed:  July 12, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

      Joseph Mays commenced this action challenging an income tax deficiency determination by the Commissioner of Internal Revenue for Mr. Mays's 1997 tax year. The district court[1] dismissed the complaint on the ground that a taxpayer who wishes to challenge a deficiency prior to paying the tax must proceed by petition to the United States Tax Court.  See 26 U.S.C. §§ 6213, 7442.  Mr. Mays appeals.  We affirm for

_____

[1]The HONORABLE STEPHEN N. LIMBAUGH, United States District Judge for the Eastern District of Missouri.

the reason stated by the district court.  <u>See</u> 8th Cir. R. 47A(a).  We deny Mr. Mays's motion to correct the district court's docket entries.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.